UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Darrell Wayne Elam, | Civil No. 05-2425 (RHK/JSM) |
| Petitioner, | |
| vs. | **ORDER** |
| J.F. Caraway, Duluth Federal Prison Camps Warden, | |
| Respondent. | |

_____

Both parties have filed Objections to the December 13, 2005, Report and Recommendation of Magistrate Judge Janie S. Mayeron.  A de novo review of the Report and Recommendation satisfies the undersigned that Judge Mayeron's factual determinations and legal conclusions are fully supported by the record before her and applicable legal authorities.

Accordingly, and upon all the files, records and proceedings, it is **ORDERED**:

1. Petitioner's Objections (Doc. No. 14) are **OVERRULED**;

2. Respondent's Objections (Doc. No. 13) are **OVERRULED**;

3. The Report and Recommendation (Doc. No. 12) is **ADOPTED**;

4. The Petition for Writ of Habeas Corpus under Title 28 U.S.C. § 2241 (Doc. No. 1) is **DENIED**; and

5. This action is **DISMISSED WITH PREJUDICE**.

Dated: January 13, 2006

                                                         s/Richard H. Kyle
                                                         RICHARD H. KYLE
                                                         United States District Judge